UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
NEEDHAM & COMPANY, LLC,

                      Plaintiff,         15 Civ. 2487 (NRB)

    -against-                  **NOTICE OF MOTION**

ACCESS STAFFING, LLC, STEVE WEBER, MICHAEL
WEINSTEIN, JOSEPH TURANO, and GLEN
ALBANESE,

                      Defendants.
------------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that, upon the accompanying (a) declaration of Jason Canales, dated October 23, 2015, and (b) Memorandum of Law in Support dated October 23, 2015, Defendants Access Staffing, LLC, Steve Weber and Michael Weinstein, by and through their undersigned counsel, will move this Court, before the Honorable Naomi Reice Buchwald, at Courtroom 21A of the United States Courthouse located at 500 Pearl Street, New York, New York 10007, for an Order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing the Plaintiff's Amended Complaint (Dkt. No. 40). Pursuant to this Court's September 1, 2015 Order, Plaintiff shall file its response to Defendants' Motion to Dismiss on or before November 16, 2015 and Defendants' reply shall be filed no later than December 2, 2015.

Dated:  October 23, 2015
         New York, New York

MOSES & SINGER LLP

By: _____/s/_____
    Henry Bergman
    Email: hbergman@mosessinger.com
    Jason Canales
    Email: jcanales@mosessinger.com
    Matthew Handler
    Email: mhandler@mosessinger.com
    405 Lexington Avenue
    New York, NY  10174
    Telephone: (212) 554-7800

-and-

NEWMAN & GREENBERG LLP

By: _____/s/_____
    Richard A. Greenberg
    Email: rgreenberg@newmangreenberg.com
    Steven Y. Yurowitz
    Email: syurowitz@newmandgreenberg.com
    William J. Dobie
    Email: bdobie@newmangreenberg.com
    950 Third Avenue
    New York, NY 10022
    Telephone: (212) 308-7900

Attorneys for Defendants
ACCESS STAFFING, LLC, STEVE WEBER,
and MICHAEL WEINSTEIN

cc:    All Parties via ECF

    Glen Albanese, #64877-050
    FCI Fort Dix Satellite Camp
    P.O. Box 2000
    Joint Base MDL, NJ 08640
    *Via Regular Mail*