UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
NEEDHAM & COMPANY, LLC,

                Plaintiff,        15 Civ. 2487 (NRB)

   -against-

ACCESS STAFFING, LLC, STEVE WEBER, MICHAEL WEINSTEIN, JOSEPH TURANO, and GLEN ALBANESE,

                Defendants.
------------------------------------------------------------------------X

## **DECLARATION OF JASON CANALES**

I, Jason Canales, declare as follows:

1. I am a partner at Moses & Singer, attorneys Defendants Access Staffing, LLC, Steve Weber, and Michael Weinstein (the "Access Defendants").

2. I respectfully submit this Declaration in support of the Access Defendants' instant motion to dismiss the Plaintiff's Amended Complaint in this Action with prejudice.

3. The sole purpose of this Declaration is to submit Exhibits in further support of this motion. In that regard, I hereby attach the following Exhibits:

    a. **Exhibit A**: A true and complete copy of the Plaintiff's Amended Complaint (Dkt. No. 40); and

    b. **Exhibit B**: A true and complete copy of the Plaintiff's Original Complaint (Dkt. No. 1).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 23rd day of October, 2015, in New York, NY.

2849198v1 013234.0101

                    /s/
Jason Canales
Email: jcanales@mosessinger.com
405 Lexington Avenue
New York, NY 10174
Telephone: (212) 554-7800

2849198v1 013234.0101